the adult defendants being hereby granted, upon payment of $10 costs of this motion to the moving parties.

FROMME, Appellant, v. POERSCHKE, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Herman Fromme against Edward R. Poerschke. J. Fromme, for appellant. W. R. Hill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FRUGONE. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) In the matter of Frank L. Frugone. No opinion. Order affirmed, without costs.

In re GARDNER. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) In the matter of the application of Charles H. Gardner, individually and as general guardian of Gustav Gardner, an infant, for an order directing the city chamberlain to pay over certain moneys. PER CURIAM. Motion denied, without costs, on the ground that the moving papers do not show the amount of bond which the petitioner has given as general guardian, nor is sufficient proof submitted of his age. The motion may be renewed on proper papers, and a brief should then be submitted as to whether this court is obliged to give the gross sum in lieu of curtesy which the petitioner says he is willing to accept. We also suggest that the curtesy of the petitioner may not be fixed in amount except on due notice to the infant and opportunity to be heard.

CARITEY, Appellant, v. EGGERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Jules Constant Caritey against Frederick H. Eggers and another. PER CURIAM. Motion for leave to go to Court of Appeals granted, and questions certified as follows: (1) Was the defendant Louis Silver privileged from the service of summons and complaint herein at the time said service was made? (2) Did the defendant Louis Silver waive any irregularity in the service of said summons and complaint by serving his answer herein?

GEHRIG, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by George L. Gehrig against Henry F. Thompson. No opinion. Appeal from the judgment of the Municipal Court dismissed, with costs, on the ground that no return has been filed, indorsed as required by sections 317 and 318 of the Municipal Court act (Laws 1902, pp. 1580, 1581, c. 580).

GEIGER, Respondent, v. ROSENBERG et al., Appellants. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Achille Geiger against Max Rosenberg and others. From a judgment for plaintiff, defendants appeal. Affirmed. Nadal, Carrere & Jones, for appellants. Edward Stetson Griffing, for respondent. PER CURIAM. The evidence of the janitor that prior to the accident he saw the hole into which the plaintiff fell was, under the circumstances, sufficient to warrant a finding of negligence by defendants. Judgment affirmed, with costs.

GENERAL RY. SIGNAL CO., Respondent, v. LOOMIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by the General Railway Signal Company against Harvey N. Loomis, impleaded, etc. PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. WILLIAMS, J., dissents.

GENTILE, Appellant, v. LAWRENCE et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Thomas Gentile against Newbold T. Lawrence and others. R. M. Hardy, for appellant. H. A. Bayne, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GEORGE R. READ & CO., Respondent, v. ORR, Appellant. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by George R. Read & Co. against Margaret Y. Orr. From a judgment for plaintiff, defendant appeals. Affirmed. David Orr, for appellant. Wentworth, Lowenstein & Stern, for respondent. PER CURIAM. In our opinion the second action was not a judicial action or proceeding pending in a court of this state, within the meaning of these words as used in section 2, c. 516, p. 1405, Laws 1906, and therefore the law repealed was not applicable in it. As the record shows no reason for a reversal, the judgment will be affirmed, with costs.

G. FURMAN & CO. v. ENGLISH et al. (Supreme Court Appellate Division, First Department. December 7, 1906.) Action by G. Furman & Co. against William F. English and others. No opinion. Application denied. Order signed.

GHEE, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by John F. Ghee against Joseph Wagner. No opinion. Judgment of the Municipal Court affirmed, with costs.

GIBBONS, Respondent, v. COLEMAN, Appellant. (Supreme Court, Appellate Division,

Second Department. November 16, 1906.) Action by Mary E. Gibbons against Margaret Coleman. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GILMORE, Respondent, v. SYRACUSE LIGHTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Fredrick Gilmore against the Syracuse Lighting Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent, on the ground that the defendant has not been shown guilty of negligence, and also because of errors in the charge.

GILSEY et al. v. LANCASTER. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Henry Gilsey and others against Frederick J. Lancaster. No opinion. Judgment affirmed, with leave to defendant to amend answer on payment of costs in this court and in the court below. Appeal from order dismissed, with costs.

GLASSBERG v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Susie Glassberg against the Interurban Street Railway Company. No opinion. Orders affirmed, with $10 costs and disbursements. See 92 N. Y. Supp. 731.

GLEASON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Margaret Gleason, as, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the movement of the light engine by whistle signals only, which the court charged was safe and proper practice, was no evidence tending to prove the existence of the unsafe and improper practice of moving engines with cars attached by whistle signals only, without the hand flag or lamp signals, and it was error to permit the jury to consider it for that purpose.

GOLDMAN v. SWARTWOUT. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Harris B. Goldman against Frank G. Swartwout. No opinion. Motion denied, without costs. Order filed.

GOLDMAN v. SWARTWOUT. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Esther Goldman against Frank G. Swartwout. No opinion. Motion denied, with $10 costs. Order filed.

GOLDSMITH v. WARD. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Max Goldsmith against Mary M. Ward. No opinion. Motion denied, without costs. Order filed.

GOLDSMITH, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Max Goldsmith against Mary M. Ward. F. V. Johnson, for appellant. E. Klein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GOLDSTICKER'S ESTATE. (Supreme Court, Appellate Division, First Department. December 28, 1906.) In the matter of David Goldsticker, deceased. C. W. Coleman, for appellant. H. Aaron, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOVE, Respondent, v. TISCHLER, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by La Roy S. Gove, as trustee, etc., against Max Tischler. M. Feltenstein, for appellant. A. C. Weil, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re GRADE DAMAGE COMMISSION. In re KAHRS. In re DE VINNE. In re GEISLER. In re TREMENHEERE. In re ASTOR. In re MORAN. (Supreme Court, Appellate Division, First Department. December 14, 1906.) In the matter of the Grade Damage Commission. In the matter of Kahrs. In the matter of De Vinne. In the matter of Geisler. In the matter of Tremenheere. In the matter of Astor. In the matter of Moran. No opinion. Motions granted. Orders filed.

GRANT v. GRANT et al. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Florence A. Grant against Charles H. Grant and another. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GREATER NEW YORK DEVELOPMENT CO. et al., Respondents, v. NEW YORK CITY HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by the Greater New York Development Company and Charles Lutz against the New York City Homes Company. No opinion. Interlocutory judgment affirmed, with costs.

GRIFFIN, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Catharine Griffin against the Delaware, Lackawanna & Western Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

GUEUTAL et al., Respondents, v. GUEUTAL et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by George Gueutal and others against Adele Gueutal and others. I. N. Williams, for appellants. H. R. Squier,